■ ERIC ROTHFUSS et al., Respondents-Appellants, v ERIE AND NIAGARA INSURANCE ASSOCIATION, Appellant-Respondent. [935 NYS2d 266]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Lindley, Green and Martoche, JJ.